UNITED STATES, petitioner, v.
HUGHES PROPERTIES, INC.
No. 85–554.
Supreme Court of the United States.

Dec. 2, 1985.   Granted.